**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

In re: WELLINGTON, KENNETH PAUL § Case No. 18-58335-JWC
§
§
§

Debtor(s)

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on 05/17/2018. The undersigned trustee was appointed on 05/17/2018.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of          $    1,564,619.17

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 251,269.20 |
| Administrative expenses | 430,476.73 |
| Bank service fees | 8,619.50 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 20,850.00 |
| Other payments to the debtor | 837,227.61 |
| Leaving a balance on hand of[1]   $ | 16,176.13 |

The remaining funds are available for distribution.

---

[1]The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 10/01/2018 and the deadline for filing governmental claims was 11/13/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $37,768.27. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $37,768.27 as interim compensation and now requests the sum of $0.00, for a total compensation of $37,768.27$^2$. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $127.68 and now requests reimbursement for expenses of $0.00 for total expenses of $127.68$^2$.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 02/02/2023                By: /s/ S. Gregory Hays
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

---

$^2$If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 1

| Case No.: | 18-58335-JWC | | Trustee Name: | (300320) S. Gregory Hays |
|---|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | | Date Filed (f) or Converted (c): | 05/17/2018 (f) |
| | | | § 341(a) Meeting Date: | 06/19/2018 |
| For Period Ending: | 02/02/2023 | | Claims Bar Date: | 10/01/2018 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3301 Forrest Hills Drive, Atlanta, GA 30354<br>Sale of property closed on 7/31/18 per Order entered on 7/27/18 (Dkt # 24). | 216,105.00 | 15,390.00 | | 257,500.00 | FA |
| 2 | 2014 Chevrolet Equinox FWD, 38500 miles<br>Notice of abandonment filed by Trustee on 7/2/18. Docket # 19. | 15,800.00 | 0.00 | OA | 0.00 | FA |
| 3 | Living room Set, Bedroom Set, Dining Room Set, TV, DVD Player. | 1,400.00 | 0.00 | | 0.00 | FA |
| 4 | Pers. Clothing @ Res. | 950.00 | 0.00 | | 0.00 | FA |
| 5 | Cash | 40.00 | 0.00 | | 0.00 | FA |
| 6 | Deposits of money: Pers. Checking Account @ Delta Comm. Credit Union. | 260.00 | 0.00 | | 0.00 | FA |
| 7 | 125,000 shares of closely held private company, Synovos, Inc., 1% ownership | 1,250.00 | 1,250.00 | | 1,307,119.17 | FA |
| 7 | **Assets Totals (Excluding unknown values)** | **$235,805.00** | **$16,640.00** | | **$1,564,619.17** | **$0.00** |

UST Form 101-7-TFR (5/1/2011)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit A
Page: 2

**Case No.:** 18-58335-JWC  
**Case Name:** WELLINGTON, KENNETH PAUL  
**For Period Ending:** 02/02/2023  

**Trustee Name:** (300320) S. Gregory Hays  
**Date Filed (f) or Converted (c):** 05/17/2018 (f)  
**§ 341(a) Meeting Date:** 06/19/2018  
**Claims Bar Date:** 10/01/2018  

### Major Activities Affecting Case Closing:

7/31/2018 - Trustee sold Debtor's real property located at 3301 Forrest Hills Drive, Atlanta, GA 30354 for $257,500 as ordered and approved by the Court on July 24, 2018 [Doc. No. 24].

6/19/2018 - The Trustee was exploring the sale of 125,000 shares of closely held private company, Synovos, Inc. The 125,000 shares represent approximately a 1% ownership of Synovos. The Trustee served a subpoena on Synovos and was reviewing documents received and value of ownership interest.

1/8/2021 - Trustee receives a letter from counsel for Synovos regarding a merger of Synovos where the 125,000 shares of Synovos will be converted into the right to receive a portion of the merger consideration.

3/22/2021 - Trustee received a wire for $1,275,405.27 representing the bankruptcy estate's share of the merger consideration.

5/14/2021 - Trustee received a second wire for $15,537.77 representing additional funds from the conversion.

5/14//2021 and 6/13/2021 - Trustee pays taxes associated with Synovos transactions after receiving court approval and files final estate tax returns.

7/14/2021 - Trustee will be submitting his final report which will pay unsecured creditors in full and a $800k+ surplus distribution to the Debtor.

10/01/21  NFR with COS filed

1/21/22 - Wire received - No notice provided.  Escrow/holdback released as part of Synovos merger/conversion. Debtor had ~1% interest in Synovos.

January 2022 - Notice received from the IRS regarding payment application issues.

1/18/23 - Wire received - No notice provided.  Escrow/holdback released as part of Synovos merger/conversion. Debtor had ~1% interest in Synovos.

**Initial Projected Date Of Final Report (TFR):** 06/30/2020  
**Current Projected Date Of Final Report (TFR):** 08/23/2021 (Actual)

02/02/2023  
Date

/s/S. Gregory Hays  
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

# Form 2

## Cash Receipts And Disbursements Record

Exhibit B
Page: 1

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******3800 Checking |
| For Period Ending: | 02/02/2023 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/06/18 | | Wsissman Closing Escrow (Richardson Purchaser) | Sale of 3301 Forrest Hills Drive, Atlanta, GA per Order Docket # 24. Mortgage payoff to be determined. | | 212,118.94 | | 212,118.94 |
| | | Mario Richardson | Seller paid closing costs paid per Order, Docket # 24.       -$7,500.00 | 2500-000 | | | |
| | | Fulton County Tax Commissioner | 2018 Property taxes paid per Order, Docket # 24.       -$1,916.56 | 2820-000 | | | |
| | | Weismann PC | Mailing and filing costs paid per Order, Docket # 24.       -$166.00 | 2500-000 | | | |
| | | Keller Williams Realty Intown | Real estate commission paid per Order, Docket # 24.       -$8,220.00 | 3510-000 | | | |
| | | Red Door Realty Atlanta | Real estate commission paid per Order, Docket # 24.       -$7,725.00 | 3510-000 | | | |
| | | City of Atlanta | Watershed lien paid per Order, Docket # 24.       -$10.00 | 4120-000 | | | |
| | | City of Hapeville | Water lien paid per Order, Docket # 24.       -$243.50 | 4120-000 | | | |
| | | Kenneth Paul Wellington | Debtor exemption paid per Order, Docket # 24.       -$19,600.00 | 8100-002 | | | |
| | {1} | Mario Richardson | Purchase of 3301 Forrest Hills Drive, Atlanta, GA per Order Docket # 24.       $257,500.00 | 1110-000 | | | |
| 08/08/18 | 101 | Loan Depot | Borrower: Kenneth P Wellington, Loan # ******3835 Voided on 08/29/2018 | 4110-000 | | 198,979.42 | 13,139.52 |
| 08/29/18 | 101 | Loan Depot | Borrower: Kenneth P Wellington, Loan # ******3835 Voided: check issued on 08/08/2018 | 4110-000 | | -198,979.42 | 212,118.94 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 233.91 | 211,885.03 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 162.54 | 211,722.49 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 191.41 | 211,531.08 |
| 11/13/18 | 102 | Loan Depot | Borrower: Kenneth P. Wellington, Loan # ******3835. Mortgage payoff. Paid per Order, Dkt # 24. | 4110-000 | | 199,243.15 | 12,287.93 |
| 01/30/20 | | Transition transfer Debit | Transition transfer debit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | | 12,287.93 | 0.00 |

Page Subtotals:    $212,118.94    $212,118.94

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

# Form 2

Exhibit B

## Cash Receipts And Disbursements Record

Page: 2

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | Mechanics Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******3800 Checking |
| For Period Ending: | 02/02/2023 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| | | COLUMN TOTALS | | | 212,118.94 | 212,118.94 | $0.00 |
| | | Less: Bank Transfers/CDs | | | 0.00 | 12,287.93 | |
| | | Subtotal | | | 212,118.94 | 199,831.01 | |
| | | Less: Payments to Debtors | | | | 19,600.00 | |
| | | NET Receipts / Disbursements | | | $212,118.94 | $180,231.01 | |

{ } Asset Reference(s)        UST Form 101-7-TFR (5/1/2011)                                ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B
Page: 3

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******0134 Demand Deposit Account |
| For Period Ending: | 02/02/2023 | Blanket Bond (per case limit): | $31,475,000.00 |
|  |  | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/30/20 |  | Transition Transfer Credit | Transition Transfer Credit. Transfer from Mechanics Bank account to East West Bank account | 9999-000 | 12,287.93 |  | 12,287.93 |
| 03/31/20 |  | East West Bank | Bank and Technology Service Fee | 2600-000 |  | 9.81 | 12,278.12 |
| 04/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 19.62 | 12,258.50 |
| 05/29/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 18.93 | 12,239.57 |
| 06/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 20.86 | 12,218.71 |
| 07/31/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 20.17 | 12,198.54 |
| 08/31/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 18.84 | 12,179.70 |
| 09/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 20.76 | 12,158.94 |
| 10/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 19.43 | 12,139.51 |
| 11/30/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 18.75 | 12,120.76 |
| 12/31/20 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 21.31 | 12,099.45 |
| 01/29/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 18.74 | 12,080.71 |
| 02/26/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 18.07 | 12,062.64 |
| 03/22/21 | {7} | Acquiom Financial LLC | Funds paid by Disbursing agent for purchaser. Proceeds from surrender and conversion of all Synovos shares | 1129-000 | 1,275,405.27 |  | 1,287,467.91 |
| 03/31/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 634.50 | 1,286,833.41 |
| 04/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 2,062.45 | 1,284,770.96 |
| 05/14/21 | {7} | Acquiom Financial LLC | Funds paid by disbursing agent for purchaser. Proceeds from surrender and conversion of all Synovos shares. | 1129-000 | 15,537.77 |  | 1,300,308.73 |
| 05/14/21 | 1000 | Georgia Department of Revenue | EIN 30-6619980 - 2021 Form 501 - Paid per Order - DKt # 51 | 2820-000 |  | 61,663.51 | 1,238,645.22 |
| 05/14/21 | 1001 | United States Treasury | EIN # 30-6619980 - 2021 Form 1041 - Paid per Order - DKt # 51 | 2810-000 |  | 263,351.30 | 975,293.92 |
| 05/17/21 | 1002 | Kenneth Paul Wellington | Exemption in Synovos shares (asset # 7). Paid per Order, Dkt # 51. | 8100-002 |  | 1,250.00 | 974,043.92 |
| 05/28/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 1,847.30 | 972,196.62 |
| 06/23/21 | 1003 | Georgia Department of Revenue | EIN 30-6619980 - 2021 Form 501 - Paid per Order - DKt # 54 | 2820-000 |  | 893.00 | 971,303.62 |
| 06/23/21 | 1004 | United States Treasury | EIN # 30-6619980 - 2021 Form 1041 - Paid per Order, Dkt # 54 | 2810-000 |  | 3,698.00 | 967,605.62 |
| 06/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 1,713.99 | 965,891.63 |
| 07/30/21 |  | East West Bank | Bank and Technology Services Fees | 2600-000 |  | 1,548.11 | 964,343.52 |

Page Subtotals:  $1,303,230.97  $338,887.45

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

| | | Form 2 | | | | Exhibit B |
|---|---|---|---|---|---|---|
| | | Cash Receipts And Disbursements Record | | | | Page: 4 |

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******0134 Demand Deposit Account |
| For Period Ending: | 02/02/2023 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/12/21 | 1005 | S. Gregory Hays | Trustee commission and expenses paid per Order, Dkt # 61. | | | 37,895.95 | 926,447.57 |
| | | S. Gregory Hays | Trustee commission paid per Order, Dkt # 61.  $37,768.27 | 2100-000 | | | |
| | | S. Gregory Hays | Trustee expenses paid per Order, Dkt # 61.  $127.68 | 2200-000 | | | |
| 11/12/21 | 1006 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Dkt # 61. VOIDED AND REPLACED BY CHECK # 1021. Stopped on 11/23/2021 | | | 23,647.18 | 902,800.39 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 61.  $23,117.50 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 61.  $529.68 | 3220-000 | | | |
| 11/12/21 | 1007 | Hays Financial Consulting, LLC | Accountant fees and expenses paid per Order, Dkt # 61. | | | 13,800.23 | 889,000.16 |
| | | Hays Financial Consulting, LLC | Accountant fees paid per Order, Dkt # 61.  $13,410.00 | 3310-000 | | | |
| | | Hays Financial Consulting, LLC | Accountant expenses paid per Order, Dkt # 61.  $390.23 | 3320-000 | | | |
| 11/12/21 | 1008 | Wells Fargo Bank, N.A. | Final Distribution. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7100-000 | | 21,050.17 | 867,949.99 |
| 11/12/21 | 1009 | Wells Fargo Bank, N.A. | Interest on claim. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7990-000 | | 1,653.45 | 866,296.54 |
| 11/12/21 | 1010 | American Express National Bank | Final Distribution. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7100-000 | | 3,863.25 | 862,433.29 |
| 11/12/21 | 1011 | American Express National Bank | Interest on claim. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59)) | 7990-000 | | 303.45 | 862,129.84 |
| 11/12/21 | 1012 | Sterling Jewelers Inc dba Kay Jewelers | Final Distribution. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7100-000 | | 3,023.26 | 859,106.58 |
| 11/12/21 | 1013 | Sterling Jewelers Inc dba Kay Jewelers | Interest on claim. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7990-000 | | 237.47 | 858,869.11 |
| 11/12/21 | 1014 | The Bank of Missouri | Final Distribution. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7100-000 | | 5,643.31 | 853,225.80 |
| 11/12/21 | 1015 | The Bank of Missouri | Interest on claim. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7990-000 | | 443.27 | 852,782.53 |
| 11/12/21 | 1016 | Wells Fargo Bank, N.A. | Final Distribution. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7100-000 | | 12,028.09 | 840,754.44 |
| 11/12/21 | 1017 | Wells Fargo Bank, N.A. | Interest on claim. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7990-000 | | 944.79 | 839,809.65 |
| 11/12/21 | 1018 | American Express National Bank | Final Distribution. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7100-000 | | 2,394.00 | 837,415.65 |
| 11/12/21 | 1019 | American Express National Bank | Interest on claim. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 7990-000 | | 188.04 | 837,227.61 |

Page Subtotals:  $0.00   $127,115.91

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2
## Cash Receipts And Disbursements Record

Exhibit B

Page: 5

| | | |
|---|---|---|
| **Case No.:** 18-58335-JWC | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** WELLINGTON, KENNETH PAUL | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** **-***9980 | **Account #:** | ******0134 Demand Deposit Account |
| **For Period Ending:** 02/02/2023 | **Blanket Bond (per case limit):** | $31,475,000.00 |
| | **Separate Bond (if applicable):** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 11/12/21 | 1020 | KENNETH PAUL WELLINGTON | Surplus Funds. Final Distribution. Paid per TFR (Dkt No. 58) and NFR (Dkt No. 59) | 8200-002 | | 837,227.61 | 0.00 |
| 11/23/21 | 1006 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Dkt # 61. VOIDED AND REPLACED BY CHECK # 1021. Stopped: check issued on 11/12/2021 | | | -23,647.18 | 23,647.18 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 61.   $23,117.50 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 61.   $529.68 | 3220-000 | | | |
| 11/23/21 | 1021 | Arnall Golden Gregory LLP | Attorney fees and expenses paid per Order, Dkt # 61. Replaces check # 1006. | | | 23,647.18 | 0.00 |
| | | Arnall Golden Gregory LLP | Attorney fees paid per Order, Dkt # 61.   $23,117.50 | 3210-000 | | | |
| | | Arnall Golden Gregory LLP | Attorney expenses paid per Order, Dkt # 61.   $529.68 | 3220-000 | | | |
| 01/21/22 | {7} | Acquiom Financial LLC | Wire Received - No notice provided.  Escrow/holdback released as part of Synovos merger/conversion. Debtor had ~1% interest in Synovos. | 1129-000 | 10,361.62 | | 10,361.62 |
| 02/28/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 15.49 | 10,346.13 |
| 03/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.24 | 10,327.89 |
| 04/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 15.99 | 10,311.90 |
| 05/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 15.97 | 10,295.93 |
| 06/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.15 | 10,277.78 |
| 07/29/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 15.92 | 10,261.86 |
| 08/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 18.09 | 10,243.77 |
| 09/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 16.41 | 10,227.36 |
| 10/31/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 15.84 | 10,211.52 |
| 11/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 17.45 | 10,194.07 |
| 12/30/22 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | 16.33 | 10,177.74 |
| 01/18/23 | {7} | ACQUIOM FINANCIALLLC | Wire Received - No notice provided.  Escrow/holdback released as part of Synovos merger/conversion. Debtor had ~1% interest in Synovos. | 1129-000 | 5,814.51 | | 15,992.25 |

Page Subtotals:     $16,176.13     $837,411.49

{ } Asset Reference(s)     UST Form 101-7-TFR (5/1/2011)     ! - transaction has not been cleared

# Form 2

# Cash Receipts And Disbursements Record

Exhibit B

Page: 6

| Case No.: | 18-58335-JWC | Trustee Name: | S. Gregory Hays (300320) |
|---|---|---|---|
| Case Name: | WELLINGTON, KENNETH PAUL | Bank Name: | East West Bank |
| Taxpayer ID #: | **-***9980 | Account #: | ******0134 Demand Deposit Account |
| For Period Ending: | 02/02/2023 | Blanket Bond (per case limit): | $31,475,000.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/31/23 | | East West Bank | Bank and Technology Services Fees | 2600-000 | | -183.88 | 16,176.13 |
| | | | COLUMN TOTALS | | 1,319,407.10 | 1,303,230.97 | $16,176.13 |
| | | | Less: Bank Transfers/CDs | | 12,287.93 | 0.00 | |
| | | | Subtotal | | 1,307,119.17 | 1,303,230.97 | |
| | | | Less: Payments to Debtors | | | 838,477.61 | |
| | | | NET Receipts / Disbursements | | $1,307,119.17 | $464,753.36 | |

{ } Asset Reference(s)    UST Form 101-7-TFR (5/1/2011)    ! - transaction has not been cleared

**Form 2**

Exhibit B
Page: 7

## Cash Receipts And Disbursements Record

| | | | | |
|---|---|---|---|---|
| **Case No.:** | 18-58335-JWC | | **Trustee Name:** | S. Gregory Hays (300320) |
| **Case Name:** | WELLINGTON, KENNETH PAUL | | **Bank Name:** | East West Bank |
| **Taxpayer ID #:** | **-***9980 | | **Account #:** | ******0134 Demand Deposit Account |
| **For Period Ending:** | 02/02/2023 | | **Blanket Bond (per case limit):** | $31,475,000.00 |
| | | | **Separate Bond (if applicable):** | N/A |

| | |
|---:|---:|
| Net Receipts: | $1,519,238.11 |
| Plus Gross Adjustments: | $45,381.06 |
| Less Payments to Debtor: | $858,077.61 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $706,541.56 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******3800 Checking | $212,118.94 | $180,231.01 | $0.00 |
| ******0134 Demand Deposit Account | $1,307,119.17 | $464,753.36 | $16,176.13 |
| | **$1,519,238.11** | **$644,984.37** | **$16,176.13** |

02/02/2023
Date

/s/S. Gregory Hays
S. Gregory Hays

UST Form 101-7-TFR (5/1/2011)

Page: 1

# Exhibit C

## Analysis of Claims Register

### Case: 18-58335-JWC KENNETH P. WELLINGTON

Claims Bar Date: 10/01/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADM1 | S. Gregory Hays<br>2964 Peachtree Rd NW<br>Ste. 555<br>Atlanta, GA 30305<br><2100-000 Trustee Compensation><br>, 200 | Administrative<br>07/12/21 | | $37,768.27<br>$37,768.27 | $37,768.27 | $0.00 |
| ADM2 | S. Gregory Hays<br>2964 Peachtree Rd NW<br>Ste 555<br>Atlanta, GA 30305<br><2200-000 Trustee Expenses><br>, 200 | Administrative<br>02/26/21 | | $127.68<br>$127.68 | $127.68 | $0.00 |
| ADM3 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3210-000 Attorney for Trustee Fees (Other Firm)><br>, 200 | Administrative<br>02/26/21 | | $23,117.50<br>$23,117.50 | $23,117.50 | $0.00 |
| ADM4 | Arnall Golden Gregory LLP<br>Attn: Michael Bargar<br>171 17th Street NW Ste 2100<br>Atlanta, GA 30363-1031<br><3220-000 Attorney for Trustee Expenses (Other Firm) ><br>, 200 | Administrative<br>02/26/21 | | $529.68<br>$529.68 | $529.68 | $0.00 |
| ADM5 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3310-000 Accountant for Trustee Fees (Trustee Firm)><br>, 200 | Administrative<br>02/26/21 | | $13,410.00<br>$13,410.00 | $13,410.00 | $0.00 |
| ADM6 | Hays Financial Consulting, LLC<br>2964 Peachtree Road, NW<br>Suite 555<br>Atlanta, GA 30305<br><3320-000 Accountant for Trustee Expenses (Trustee Firm)><br>, 200 | Administrative<br>02/26/21 | | $390.23<br>$390.23 | $390.23 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

# Exhibit C

## Analysis of Claims Register

### Case: 18-58335-JWC KENNETH P. WELLINGTON

Claims Bar Date: 10/01/18

| Claim No. | Claimant Name/ <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| SURPLUS | KENNETH PAUL WELLINGTON<br>1651 Viking Drive<br>Birmingham, AL 35235<br><8200-000 Surplus Funds Paid to Debtor § 726(a)(6)><br>, 650 | Unsecured<br>02/02/23 | | $0.00<br>$853,403.74 | $837,227.61 | $16,176.13 |
| 1 | Wells Fargo Bank, N.A.<br>MAC Q2132-023<br>PO Box 94423<br>Albuqueque, NM 87199<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>07/12/18 | | $21,050.17<br>$21,050.17 | $21,050.17 | $0.00 |
| 2 | American Express National Bank<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>07/24/18 | | $3,863.25<br>$3,863.25 | $3,863.25 | $0.00 |
| 3 | Sterling Jewelers Inc dba Kay Jewelers<br>PO Box 1799<br>Akron, OH 44309<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>08/20/18 | | $3,023.26<br>$3,023.26 | $3,023.26 | $0.00 |
| 4 | The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>08/30/18 | | $5,643.31<br>$5,643.31 | $5,643.31 | $0.00 |
| 5 | Wells Fargo Bank, N.A.<br>PO Box 9210<br>Des Moines, IA 50306<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/07/18 | | $12,028.09<br>$12,028.09 | $12,028.09 | $0.00 |
| 6 | American Express National Bank<br>PO Box 3001<br>Malvern, PA 19355-0701<br><7100-000 General Unsecured - § 726(a)(2)><br>, 610 | Unsecured<br>09/13/18 | | $2,394.00<br>$2,394.00 | $2,394.00 | $0.00 |

UST Form 101-7-TFR (5/1/2011)

Page: 3

# Exhibit C

## Analysis of Claims Register

**Case: 18-58335-JWC KENNETH P. WELLINGTON**

Claims Bar Date: 10/01/18

**Case Total:**     **$960,573.05**      **$16,176.13**

**UST Form 101-7-TFR (5/1/2011)**

**TRUSTEE'S PROPOSED AMENDED DISTRIBUTION**

Exhibit D

Case No.: 18-58335-JWC
Case Name: KENNETH P. WELLINGTON
Trustee Name: S. Gregory Hays

**Balance on hand:** $ 16,176.13

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 16,176.13

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - S. Gregory Hays | 37,768.27 | 37,768.27 | 0.00 |
| Accountant for Trustee, Fees - Hays Financial Consulting, LLC | 13,410.00 | 13,410.00 | 0.00 |
| Accountant for Trustee, Expenses - Hays Financial Consulting, LLC | 390.23 | 390.23 | 0.00 |
| Trustee, Expenses - S. Gregory Hays | 127.68 | 127.68 | 0.00 |
| Attorney for Trustee Fees (Other Firm) - Arnall Golden Gregory LLP | 23,117.50 | 23,117.50 | 0.00 |
| Attorney for Trustee Expenses (Other Firm) - Arnall Golden Gregory LLP | 529.68 | 529.68 | 0.00 |

Total to be paid for chapter 7 administrative expenses: $ 0.00
Remaining balance: $ 16,176.13

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments | Proposed Payment |
|---|---|---|---|
| | None | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 16,176.13

UST Form 101-7-TFR(5/1/2011)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for priority claims: | $ 0.00 |
| Remaining balance: | $ 16,176.13 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $48,002.08 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 21,050.17 | 21,050.17 | 0.00 |
| 2 | American Express National Bank | 3,863.25 | 3,863.25 | 0.00 |
| 3 | Sterling Jewelers Inc dba Kay Jewelers | 3,023.26 | 3,023.26 | 0.00 |
| 4 | The Bank of Missouri | 5,643.31 | 5,643.31 | 0.00 |
| 5 | Wells Fargo Bank, N.A. | 12,028.09 | 12,028.09 | 0.00 |
| 6 | American Express National Bank | 2,394.00 | 2,394.00 | 0.00 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 16,176.13 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |
|---|---|
| Total to be paid for tardily filed general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 16,176.13 |

UST Form 101-7-TFR(5/1/2011)

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | | None | | |

| | |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 16,176.13 |

    To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.00% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $0.00. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

    The amount of surplus returned to the debtor after payment of all claims and interest is $16,176.13.

UST Form 101-7-TFR(5/1/2011)