UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| KENNETH PAUL WELLINGTON, | : | CASE NO. 18-58335-JWC |
| | : | |
| Debtor. | : | |
| | : | |

**CERTIFICATE OF SERVICE**

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND DEADLINE TO OBJECT (NFR) [Docket # 64]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

I, S. Gregory Hays, Chapter 7 Trustee, certify that I am over the age of 18 and that on this date, I served a copy of the foregoing **NOTICE OF AMENDED TRUSTEE'S FINAL REPORT, DEADLINE TO OBJECT AND HEARING [Docket #65]** by first class U.S. Mail, with adequate postage prepaid, on the persons or entities at the addresses stated on the attached Exhibit "A".

This 13th day of February, 2023.

                                                    */s/ S. Gregory Hays*
                                                  S. Gregory Hays
                                                  Chapter 7 Trustee

Hays Financial Consulting, LLC
2964 Peachtree Rd, N.W
Suite 555
Atlanta, Georgia 30305
(404) 926-0060

**Exhibit "A"**

| | | |
|---|---|---|
| Barclays Bank Delaware<br>100 S West St<br>Wilmington, DE 19801-5015 | HSBC Bank<br>c/o JH Portfolio Debt Equities<br>5757 Phantom Dr # 225<br>Hazelwood, MO 63042-2429 | LoanDepot.com<br>26642 Towne Centre Dr<br>Foothill Ranch, CA 92610-2808 |
| John Prather<br>Keller Williams Intown Atlanta<br>The Graham Seeby Group<br>621 N Aveue NE, Ste C50<br>Atlanta, GA 30308-2867 | Office of the US Trustee<br>362 Richard Russell Building<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3315 | Wells Fargo Bank, N.A.<br>Wells Fargo Card Services<br>PO Box 10438<br>MAC F8235-02F<br>Des Moines, IA 50306-0438 |
| Michael J. Bargar<br>Arnall Golden Gregory, LLP<br>Suite 2100<br>171 17th Street, N.W.<br>Atlanta, GA 30363-1031 | Discover Financial Services LLC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Account Management Resources<br>PO Box 60607<br>Oklahoma City, OK 73146-0607 |
| LoanDepot.com<br>c/o Phelan Hallinan et al<br>11675 Great Oaks Way<br># 375<br>Alpharetta, GA 30022-2434 | JPMorgan Chase Bank NA<br>Bankruptcy Mail Intake Team<br>700 KANSAS LANE FL 01<br>MONROE, LA 71203-4774 | Chase Card Services<br>PO Box 15298<br>Wilmington, DE 19850-5298 |
| Pentagon Federal Credit Union<br>PO Box 1432<br>Alexandria, VA 22313-1432 | Pentagon Federal CU<br>Attn: Bankrutpcy Department<br>P O BOX 1432<br>ALEXANDRIA, VA 22313-1432 | Wells Fargo Bank, N.A.<br>435 Ford Road, Suite 300<br>St. Louis Park, MN 55426-4938 |
| American Express Nat Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern, PA 19355-0701 | Prosper Marketplace, Inc.<br>PO Box 396081<br>San Francisco, CA 94139-6081 | Stephen Ryan Starks<br>Phelan Hallinan Diamond & Jones<br>Suite 320<br>11675 Great Oaks Way<br>Alpharetta, GA 30022-2434 |
| Eric E. Thorstenberg<br>Eric E. Thorstenberg, Atty at Law<br>Suite 101<br>333 Sandy Springs Cir<br>Atlanta, GA 30328-3833 | Sterling Jewelers Inc<br>dba Kay Jewelers<br>PO Box 1799<br>Akron, OH 44309-1799 | Fortivap/mabtc/atls<br>PO Box 105555<br>Atlanta, GA 30348-5555 |
| Kenneth Paul Wellington<br>1651 Viking Drive<br>Birmingham, AL 35235-2927 | Discover Bank<br>Discover Financial Services<br>PO Box 15316<br>Wilmington, DE 19850-5316 | CENLAR FSB<br>Attn: BK Department<br>425 Phillips Blvd.<br>Ewing, NJ 08618-1430 |
| Leroys Jewelers<br>c/o Sterling Jewelers<br>PO Box 1799<br>Akron, OH 44309-1799 | Wells Fargo Bank<br>PO Box 10438<br>Des Moines, IA 50306-0438 | The Bank of Missouri<br>PO Box 105555<br>Atlanta, GA 30348-5555 |
| Eric E. Thorstenberg<br>Deighan Law LLC<br>Suite 101<br>333 Sandy Springs Cir<br>Atlanta, GA 30328-3833 | Pentagon Federal Credit Union<br>Bkr. Dept.<br>2930 Eisenhower Ave<br>Alexandria, VA 22314-4557 | American Express<br>PO Box 981540<br>El Paso, TX 79998-1540 |

| | | |
|---|---|---|
| Discover Personal Loan<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | WF Pll<br>PO Box 9435<br>Albuquerque, NM 87119-9435 | Eric Wellington<br>604 Nantucket Circle<br>King of Prussia, GA 19406 |