**IT IS ORDERED as set forth below:**

**Date: April 19, 2023**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-58335-JWC |
| | : | |
| KENNETH PAUL WELLINGTON, | : | CHAPTER 7 |
| | : | |
| Debtor. | : | |
| | : | |

**ORDER APPROVING TRUSTEE'S AMENDED FINAL REPORT**

On February 6, 2023, the Chapter 7 Trustee ("**Trustee**") filed an *Amended Trustee's Final Report (TFR)* [Doc. No. 63] (the "**Amended Final Report**") in which he proposed to make a surplus distribution to Kenneth Paul Wellington in the amount of $16,176.13.

On February 13, 2023, Trustee filed notices [Doc. Nos. 64 and 65] (the "**Notices**") of the Amended Final Report and setting it for hearing on March 30, 2023 (the "**Hearing**").

Trustee certifies that he served the Notices on all creditors and parties in interest entitled to notice. [Doc. No. 66].

No creditor or party in interest filed a response in opposition to the relief requested in the Amended Final Report.

Counsel for Trustee appeared at the calendar call for the Hearing. No creditors or parties in interest appeared to oppose the relief requested in the Amended Final Report.

The Court having considered the Amended Final Report and all matters of record; and for good cause shown, it is hereby

**ORDERED** that the Amended Final Report is **APPROVED** and this approval is made final. It is further

**ORDERED** that Trustee is authorized to make the proposed distribution set forth in the Amended Final Report.

**[END OF DOCUMENT]**

Order prepared and presented by:

**ROUNTREE LEITMAN KLEIN & GEER LLC**
*Attorneys for Trustee*

By:/s/ *Michael J. Bargar*
      Michael J. Bargar
      Georgia Bar No. 645709
      mbargar@rlkglaw.com
2987 Clairmont Road, Suite 350
Atlanta, GA 30329 / (404) 410-1220

**Identification of parties to be served:**

Office of the U.S. Trustee, 362 Richard B. Russell Federal Building, 75 Ted Turner Drive, SW, Atlanta, GA 30303

Kenneth Paul Wellington, 1651 Viking Drive, Birmingham, AL 35235-2927

Eric E. Thorstenberg, Eric E. Thorstenberg, Attorney at Law, Suite 101, 333 Sandy Springs Circle, Atlanta, GA 30328

S. Gregory Hays, Hays Financial Consulting, LLC, 2964 Peachtree Rd, NW, Suite 555, Atlanta, GA 30305